

# THE STATE OF TEXAS
## MANDATE

TO THE CRIMINAL DISTRICT COURT NO. 2 OF DALLAS COUNTY OF DALLAS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 13th day of March, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Juan Flores-Alonzo, Appellant                                          No. 06-14-00055-CR

                           v.                                                      Trial Court No. F-1260857-I

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the appellant's plea of no contest to the offense of aggravated sexual assault of a child. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Juan Flores-Alonzo, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 12th day of May, A.D. 2015.



DEBRA K. AUTREY, Clerk